UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW STAR HOLDINGS, LTD., et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROLLS-ROYCE, PLC,<br><br>　　　　　Defendant. | Case No. 20cv141-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO DISMISS;**<br><br>[Doc. No. 14]<br><br>**SPECIAL BRIEFING SCHEDULE** |

　　　　Plaintiffs New Star Holdings, LTD and JM International (collectively, "Plaintiffs") and defendant Rolls-Royce plc ("Defendant") (collectively, the "Parties") jointly move the Court for a continuance of the hearing on Rolls-Royce's Motion to Dismiss, currently set for June 15, 2020, as well as a special briefing schedule.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **RESETS** the hearing on Defendant's Motion to Dismiss for <u>July 6, 2020</u> at <u>2:30 p.m.</u> in Courtroom 3D.  The Court **SETS** the following special briefing schedule: Plaintiffs must file a response in opposition to Defendant's motion on or before <u>June 15, 2020</u>.  Defendant's reply in support of its motion must be filed on or before <u>June 29, 2020</u>.

　　　　**IT IS SO ORDERED**.

Dated: <u>May 26, 2020</u>

　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge