UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW STAR HOLDINGS, LTD., a Colorado corporation; J. M. GROUP, INC. dba JM INTERNATIONAL, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROLLS-ROYCE, PLC, a United Kingdom public limited company,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-00141-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO DISMISS AND SETTING SPECIAL BRIEFING SCHEDULE**<br><br>[Doc. No. 16] |

　　Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to continue the hearing on Defendant's pending motion to dismiss.  Pursuant to the parties' request, the Court **SETS** the following special briefing schedule:

　　1.　　The hearing on Defendant's Motion to Dismiss previously scheduled for July 6, 2020 is vacated and reset for <u>**August 10, 2020, at 2:30 p.m.**</u>, in Courtroom 3D of this Court;

　　2.　　Plaintiffs' Opposition papers, if any, must be filed and served on or before <u>July 20, 2020</u>; and

　　3.　　Defendant's Reply papers, if any, must be filed and served on or before <u>August 3, 2020</u>.

　　**IT IS SO ORDERED.**

Dated: June 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello, U.S. District Judge