UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW STAR HOLDINGS, LTD., a Colorado corporation; J. M. GROUP, INC. dba JM INTERNATIONAL, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ROLLS-ROYCE, PLC, a United Kingdom public limited company,<br><br>    Defendant. | Case No. 3:20-cv-00141-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO DISMISS AND SET SPECIAL BRIEFING SCHEDULE**<br><br>[Doc. No. 18] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to continue the hearing on Defendant's pending Motion to Dismiss. Pursuant to the parties' request, the Court **SETS** the following special briefing schedule:

    1.    The hearing on Defendant's Motion to Dismiss previously scheduled for August 10, 2020 is vacated and reset for <u>**September 14, 2020, at 2:30 p.m.**</u>, in Courtroom 3D of this Court;

    2.    Plaintiffs' Opposition papers, if any, shall be filed and served on or before <u>**August 17, 2020**</u>; and

    3.    Defendant's Reply papers, if any, shall be filed and served on or before <u>**August 31, 2020**</u>.

    **IT IS SO ORDERED.**

Dated:  July 20, 2020

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge