# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW STAR HOLDINGS, LTD., a Colorado corporation; J. M. GROUP, INC. dba JM INTERNATIONAL, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ROLLS-ROYCE, PLC, a United Kingdom public limited company,<br><br>    Defendant. | Case No. 3:20-cv-00141-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO DISMISS AND SET SPECIAL BRIEFING SCHEDULE**<br><br>[Doc. No. 20] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to continue the hearing on Defendant's pending Motion to Dismiss. Pursuant to the parties' request, the Court **SETS** the following special briefing schedule:

1. The hearing on Defendant's Motion to Dismiss previously scheduled for September 14, 2020 is vacated and reset for **October 13 2020, at 2:30 p.m.**, in Courtroom 3D of this Court;

2. Plaintiffs' Opposition papers, if any, shall be filed and served on or before **September 14, 2020**; and

3. Defendant's Reply papers, if any, shall be filed and served on or before **September 28, 2020**.

**IT IS SO ORDERED.**

Dated: August 14, 2020

                                                 HON. MICHAEL M. ANELLO
                                                 United States District Judge