UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW STAR HOLDINGS, LTD., a Colorado corporation; J. M. GROUP, INC. dba JM INTERNATIONAL, a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>ROLLS-ROYCE, PLC, a United Kingdom public limited company,<br><br>         Defendant. | Case No. 3:20-cv-00141-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 24] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss this action with prejudice.  *See* Doc. No. 24.  The Parties agree that each will bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines, motions, and hearings, and close the case.

**IT IS SO ORDERED**.

Dated:  October 8, 2020

HON. MICHAEL M. ANELLO
United States District Judge